Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 SEP -3 AM 10: 39
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

cr-24-3558

Tony Curtis Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Molly Ashford
(Omaha World-Herald)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 8:24CV340
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED
SEP 0 3 2024
CLERK
U.S. DISTRICT COURT

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TERRY C WILLIAMS
Address: 710 SOUTH 17th STREET
OMAHA, NE 68102
City / State / Zip Code
County: Douglas
Telephone Number: N/A
E-Mail Address: N/A

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: MOLLY ASHFORD
Job or Title (if known): STAFF WRITER
Address:
OMAHA, NE
City / State / Zip Code
County: Douglas
Telephone Number:
E-Mail Address (if known):

[☑] Individual capacity   [☑] Official capacity

Defendant No. 2
Name: OMAHA World-Herald
Job or Title (if known):
Address:
OMAHA, NE
City / State / Zip Code
County: Douglas
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [☑] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: OMAHA-World-Herald
Job or Title (if known):
Address: 1314 Douglas St STE 1500
OMAHA, NE 68111
City / State / Zip Code
County: Douglas
Telephone Number: NA
E-Mail Address (if known): NA
☐ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: MOLLY ASHFORD
Job or Title (if known): STAFF writer
Address: 1314 Douglas St STE 1500
OMAHA, NE 68111
City / State / Zip Code
County: Douglas
Telephone Number: NA
E-Mail Address (if known): NA
☑ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4, 5, 6, 8, 11

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4, 5, 6, 8, 11

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Molly Ashford who is a writer for OMAHA World-Herald Had wrote an article on me in Black and white Big Bold letters on How I was being charged with a and made me look like and sound to be Guilty. She brought up an old charge of mines from 10 years ago stating it was a Sex Charge when Judge Troja sentence me in 2014 he said they want be able to bring this sexual Assault charge up as a sex crime because it was Dropped to a M-Assault)

III. **Statement of Claim** I was never Alledgely Charged with rape as molly Ashford states that rape to sexual Assault Charge changed August 24, 1975. You cannot use that rape word I was never charged for Rape

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

OMAHA, NE

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 3-4 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

OMAHA world-Herald Allowed Molly Ashford To write In Big Bold letters a charge I'm being Accused of and used a Black and White picture of me to "Pump" the Article and case up.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My mental, and I'm taking ability

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm asking for $500,000 for slandering, pain suffering, deceniti- of character etc

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-27-2024

Signature of Plaintiff: *Terry Williams*
Printed Name of Plaintiff: Terry Williams

### B. For Attorneys

I need an attorney

Date of signing: 8-27-2024

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number:
E-mail Address:

Page 6 of 6

Terry Williams
Printed Name

(2061730) (1)
Data #    Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
31 AUG 2024 PM 3 L



ROMAN Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
OMAHA, NE 68102

RECEIVED
SEP 0 3 2024
CLERK
U.S. DISTRICT COURT

68102-132277