Nebraska State Court Form
DC 6:7.1 Rev. 06/2022
Neb. Rev. Stat. §§ 25-2301 to 25-2310.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 SEP -3 PM 1: 36

OFFICE OF THE CLERK

IN THE _DISTRICT_ COURT OF _Douglas_ COUNTY, NEBRASKA
(County or District)          (county where original action filed)

_TERRY C. WILLIAMS_, Plaintiff/Petitioner.

vs.

_Molly Ashford_
_OMAHA World-Herald_, Defendant/Respondent.

Case No.
(case number assigned by clerk of court)

**AFFIDAVIT AND APPLICATION TO PROCEED IN FORMA PAUPERIS**
**(Request to Proceed Without Payment of Fees)**

The undersigned, being first duly sworn on oath, deposes and says that:

1. I am the ☒ plaintiff/ ☐ defendant/ ☐ petitioner ☐
   in an action to/for _Civil Lawsuit_
   (type of case filed)

2. I bring this action in good faith, and I am entitled to redress.

3. I am unable to pay the cost of litigation, including the cost of service and/or publication, and am unable to provide security.

4. I have a net income of $ _0_ per month, derived from
   (your net monthly income)
   _____, and I support a household of ____ people.
   (i.e., employment, public benefits, Social Security, etc.)    (number of people you support)

5. My only assets or resources, over which I have control or possession, are:

   Cash on hand..................................................................$ 0
   Bank accounts .................................................................$ 0
   Vehicles...........................................................................$ 0
   Real estate .......................................................................$ 0
   Securities, stocks, bonds ..................................................$ 0
   Tools, equipment ............................................................$ 0
   Jewelry ............................................................................$ 0
   Other (describe)...............................................................$ 0

   TOTAL ....................$ 0

DC 6:7.1 Rev. 06/2022       Page 1 of 3       Affidavit and Application to Proceed in Forma Pauperis

6. My necessary estimated monthly expenses are:

Rent or house payment .................................................................$ 0
Utilities (Electricity, natural gas, propane)..................................$ 0
Telephone .....................................................................................$ 0
Automobile payment (monthly).....................................................$ 0
Automobile insurance (monthly) ..................................................$ 0
Gasoline for vehicle ....................................................................$ 0
Auto upkeep and repair ...............................................................$ 0
Doctor, dentist, medicines ...........................................................$ 0
Food .............................................................................................$ 0
Cable TV, internet, etc. ................................................................$ 0
Clothing, dry cleaning, laundry ....................................................$ 0
Haircuts ........................................................................................$ 0
Church..........................................................................................$ 0
Entertainment...............................................................................$ 0
Personal care items .....................................................................$ 0
Other (describe)...........................................................................$ 0

TOTAL ............ 0 ............$

7. Other financial circumstances of which I would like the court to be aware:

NA

8. I believe my living expenses wholly absorb my income, and I have no assets that can be liquidated. Correct

**WHEREFORE**, pursuant to Neb.Rev.Stat. §§ 25-2301 to 25-2310, I request the court authorize me to proceed *in forma pauperis* and direct _____ County, Nebraska, to pay my costs,

(name of county where action filed)

including fees and other expenses related to this action and waive provision of security.

### SIGN IN FRONT OF NOTARY PUBLIC

I hereby swear, or affirm, under penalty of perjury, that the above information is true.

Signature: _Terry Williams_ Date: 08-30-2024
Printed Name: Terry Williams
Street Address/P.O. Box: 710 South 17th
City/State/ZIP Code: OMAHA, NE 68102
Telephone Number: 402-923-4438
Email address: TerryWilliams8657@gmail.com

State of __NE__ )
) ss.
County of __Douglas__ )

This document was acknowledged before me by __Terry Williams__ this __30__ day of __08__, 20__24__.

_Amanda Aremou_ Notary commission expires: _____
Signature of Judge/Clerk of the Court/Notary Public

GENERAL NOTARY - State of Nebraska
AMANDA AREMOU
My Comm. Exp. October 21, 2025

Title: _____ Serial Number (if any): _____