IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRY WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MOLLY ASHFORD, and OMAHA WORLD-HERALD,<br><br>　　　　　　Defendants. | 8:24CV340<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on a "Motion for Extension" (the "Motion to Extend"), Filing No. 10, filed by Plaintiff Terry Williams ("Plaintiff"), seeking additional time to comply with this Court's Order granting leave to proceed in forma pauperis ("IFP") and requiring payment of an initial partial filing fee, Filing No. 8, and Plaintiff's IFP motion seeking leave to proceed IFP in this case, Filing No. 9. The Court shall grant the Motion to Extend and shall deny the IFP Motion as moot.

　　　　On September 3, 2024, Plaintiff filed his first IFP motion in this case. Filing No. 2. The Court granted the IFP motion on September 20, 2024, and ordered Plaintiff to pay an initial partial filing fee of $2.96 by October 21, 2024. Filing No. 8. Several days later, on October 7, 2024, Plaintiff filed a second IFP Motion, again seeking leave to proceed in this case without payment of fees. Filing No. 9. On October 17, 2024, Plaintiff filed the Motion to Extend, seeking additional time beyond the October 21, 2024, deadline to pay the initial partial filing fee, but does not state how much additional time he seeks. Filing No. 10.

　　　　The Motion to Extend shall be granted. However, as Plaintiff has already been approved to proceed IFP, the October 7, 2024, IFP Motion is moot and shall be denied.

1

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Extend, Filing No. 10, is granted. Plaintiff shall have through and until **November 18, 2024**, to submit his $2.96 initial partial filing fee in compliance with the Court's September 20, 2024, Order, Filing No. 8.

2. Plaintiff's October 7, 2024, Motion to Proceed IFP, Filing No. 9, is denied as moot.

3. The Clerk of Court shall terminate the October 21, 2024, initial partial filing fee case management deadline set forth in the Court's September 20, 2024, Order, Filing No. 8, and shall set the following pro se case management deadline of **November 18, 2024**: initial partial filing fee payment due.

4. Plaintiff is reminded that to the extent he seeks additional time to comply with this order he must file a written motion with this Court before the deadline for compliance has passed.

Dated this 18th day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

2