IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRY WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>MOLLY ASHFORD, and OMAHA WORLD-HERALD,<br><br>    Defendants. | **8:24CV340**<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the Court on a "Motion for Extension" (the "Motion to Extend"), Filing No. 12, filed by Plaintiff Terry Williams ("Plaintiff"), seeking an additional six months to comply with this Court's Order granting leave to proceed in forma pauperis ("IFP") and requiring payment of an initial partial filing fee of $2.96, Filing No. 8. Upon consideration, Plaintiff's motion for an extension of time is granted in part. Plaintiff shall have an additional 45 days, or through and until **January 17, 2025**, to pay his initial partial filing fee.

  Plaintiff is further advised that the Prison Litigation Reform Act provides that "[i]n no event shall a prisoner be prohibited from bringing a civil action . . . for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4). As such, if Plaintiff does not pay the initial partial filing fee by the **January 17, 2025**, deadline below, he will be given an opportunity to show cause for his failure to pay the initial partial filing fee prior to the dismissal of this case.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Extend, Filing No. 12, is granted in part. Plaintiff shall have through and until **January 17, 2025**, to submit his $2.96 initial partial filing fee in compliance with the Court's September 20, 2024, Order, Filing No. 8.

2. The Clerk of Court shall terminate the November 18, 2024, initial partial filing fee case management deadline set forth in the Court's October 18, 2024, Order, Filing No. 11, and shall set the following pro se case management deadline of **January 17, 2025**: initial partial filing fee payment due.

3. Plaintiff is reminded that to the extent he seeks additional time to comply with this order he must file a written motion with this Court explaining why additional time is needed before the deadline for compliance has passed.

Dated this 3rd day of December, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

2